1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  PAUL T. HAMMERNESS, State Bar No. 90294
   Supervising Deputy Attorney General
3   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
4   Telephone:  (415) 703-5520
    Fax:  (415) 703-5480
5   Email:  Paul.Hammerness@doj.ca.gov

6  Attorneys for Defendant California Highway Patrol
   Officer Dale Coppage

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH HALBLEIB,<br><br>                    Plaintiff,<br><br>          v.<br><br>CALIFORNIA HIGHWAY PATROL  OFFICER DALE COPPAGE, et al.,<br><br>                    Defendants. | **Case No.:  C 08-2657-EMC**<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated:  June 17, 2008.

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California
PAUL T. HAMMERNESS
Supervising Deputy Attorney General

<u>s/s/ Paul T. Hammerness</u>
PAUL T. HAMMERNESS
Supervising Deputy Attorney General

Attorneys for Defendant California Highway Patrol
Officer Dale Coppage