| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| CAMELLIA BARAY, SB# 179219<br>BONJOUR THORMAN, BARAY & BILLINGSLEY<br>24301 Southland Drive, Suite 312<br>Hayward, CA   94545<br>Telephone No: (510) 785-8400 | | |
| Attorney for: Plaintiff   JOSEPH HALBLEIB | Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA |
| Plaintiff: JOSEPH HALBLEIB |
| Defendant: CHP OFFICER DALE COPPAGE |

| PROOF OF SERVICE<br>SUMMONS | Hearing Date:<br>Wed, Sep. 03, 2008 | Time:<br>1:30PM | Dept/Div:<br>C | Case Number:<br>CV082657   EMC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDERS; NOTICE OF ASSIGNMENT OF CASE; BLANK CONSENT; BLANK DECLINATION; ECF REGISTRATION INFORMATION HANDOUT, See Attachment "A", attached hereto.

3. a. Party served:          FORMER CHP COMMISSIONER MICHAEL BROWN
   b. Person served:         DEBRA DIAS, ASSOCIATE GOVERNMENTAL PROGRAM ANALYST, Authorized Agent.

4. Address where the party was served:   JOHNATHAN ROTHMAN, GENERAL COUNSEL
   2555 FIRST AVENUE
   SACRAMENTO, CA 95818

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Jun. 13, 2008 (2) at: 10:33AM

7. *Person Who Served Papers:*                                     Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DARIN FAIN                                                   d. *The Fee* for Service was: $128.00
   b. **MERCURY INVESTIGATIONS**                                   e. I am: (3) registered California process server
      3645 GRAND AVENUE                                                (i)  Employee
      SUITE 207                                                        (ii) Registration No.:   2006-45
      OAKLAND, CA 94610                                                (iii) County:            Sacramento
   c. 510-268-9810
      Lic. No. PI 12115

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Fri, Jun. 13, 2008

                                                                   *(signature)*
                                                                   (DARIN FAIN)

Judicial Council Form                    PROOF OF SERVICE                                    mercuryi.131627
Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMONS

**JOSEPH HALBLEIB v. CHP OFFICER DALE COPPAGE**
US Northern District Court No.: CV 08 2657 EMC

ATTACHMENT "A"

SUMMONS,

COMPLAINT,

ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES,

STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE EDWARD M. CHEN,

NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL,

BLANK CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE,

BLANK DECLARATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE,

ECF REGISTRATION INFORMATION HANDOUT .