| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| CAMELLIA BARAY, SB# 179219<br>BONJOUR, THORMAN, BARAY & BILLINGSLEY<br>24301 Southland Drive, No. 312<br>Hayward, CA  94545<br>Telephone No: (510) 785-8400 | |
| Attorney for: Plaintiff | Ref. No. or File No.: |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: JOSEPH HALBLEIB
Defendant: CHP OFFICER DALE COPPAGE, ET AL

| PROOF OF SERVICE<br>S&C | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV082657 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS AND COMPLAINT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;BLANK CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE;BLANK DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE;ECF REGISTRATION INFORMATION HANDOUT;ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE EDWARD M. CHEN , See Attachment "A", attached hereto.

3. a. Party served: CHP OFFICER DALE COPPAGE
   b. Person served: ELIZABETH PONCE DELEON, CLERK, Hispanic, Female, 45 Years Old, Brown Hair, 5 Feet 3 Inches, 150 Pounds

4. Address where the party was served: CHP OFFICE
   STOCKTON BRANCH
   3330 N. AD ART ROAD
   STOCKTON, CA 95208

5. I served the party:
   b. **by substituted service.** On: Tue., Jun. 17, 2008 at: 11:30AM by leaving the copies with or in the presence of:
   ELIZABETH PONCE DELEON, CLERK
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers. SEE ATTACHED DECLARATION OF MAILING
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. *Person Who Served Papers:*
   a. MICHELLE E CHRIST
   b. MERCURY INVESTIGATIONS
   3645 GRAND AVE., SUITE 207
   OAKLAND, CA  94610
   c. 510-268-9810
   Lic. No. PI 12115

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:* $155.00
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: PS-296
      (iii) County: San Joaquin
      (iv) Expiration Date: Sun, Dec. 20, 2009

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Tue, Jun. 17, 2008

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
S&C

(signature) (MICHELLE E CHRIST)

mercury.84125

| Attorney or Party without Attorney:<br>CAMELLIA BARAY, SB# 179219<br>BONJOUR, THORMAN, BARAY & BILLINGSLEY<br>24301 Southland Drive, Suite 312<br>Hayward, CA   94545<br>(510) 785-8400<br>Telephone No: | For Court Use Only |
|---|---|
| Ref. No or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: JOSEPH HALBLEIB
Defendant: CHP OFFICER DALE COPPAGE, ET AL

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV082657 |
|---|---|---|---|---|

1. I, MICHELLE E CHRIST, and any employee or independent contractors retained by MERCURY INVESTIGATIONS are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant CHP OFFICER DALE COPPAGE as follows:

2. Documents:   Summons And Complaint; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial;blank Consent To Proceed Before A United States Magistrate Judge;blank Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge;ecf Registration Information Handout;order Setting Initial Case Management Conference And Adr Deadlines;standing Order For Civil Practice In Cases Assigned For All Purposes To Magistrate Judge Edward M. Chen., See ATTACHMENT "A", attached hereto.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 06/13/08 | 3:00pm | Business | WAS TOLD DALE COPPAGE WAS NOT IN. Attempt made by: MICHELLE E CHRIST. Attempt at: CHP OFFICE STOCKTON BRANCH 3330 N. AD ART ROAD STOCKTON CA. 95208. |
| Mon | 06/16/08 | 11:30am | Business | WAS TOLD DALE COPPAGE WAS NOT IN. Attempt made by: MICHELLE E CHRIST. Attempt at: CHP OFFICE STOCKTON BRANCH 3330 N. AD ART ROAD STOCKTON CA. 95208. |
| Tue | 06/17/08 | 11:30am | Business | Substituted Service on: CHP OFFICER DALE COPPAGE Business - CHP OFFICE STOCKTON BRANCH 3330 N. AD ART ROAD STOCKTON, CA. 95208 by Serving: ELIZABETH PONCE DELEON, CLERK, Hispanic, Female, 45 Years Old, Brown Hair, 5 Feet 3 Inches, 150 Pounds a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served by leaving a copy of the document(s) with: ELIZABETH PONCE DELEON, CLERK. Served by: MICHELLE E CHRIST   Defendant not in. |

RESIDENCE ADDRESS:   UNKNOWN

SEE ATTACHED DECLARATION OF MAILING

3.  Person Executing
    a. MICHELLE E CHRIST
    b. MERCURY INVESTIGATIONS
       3645 GRAND AVE., SUITE 207
       OAKLAND, CA  94610
    c. 510-268-9810
       Lic. No. PI 12115

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d.. The Fee for service was:  $155.00
e. I am:  (3) registered California process server
    (i)   Independent Contractor
    (ii)  Registration No.:   PS-296
    (iii) County:              San Joaquin
    (iv)  Expiration Date:    Sun, Dec. 20, 2009

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Tue, Jun. 17, 2008          AFFIDAVIT OF REASONABLE DILIGENCE    (MICHELLE E CHRIST)          mercury.84125

HALBLEIB v. CHP OFFICER DALE COPPAGE
US NORTHERN DISTRICT COURT NO.:   CV 08 2657 EMC

ATTACHMENT "A"

SUMMONS,

COMPLAINT,

ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES,

STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE EDWARD M. CHEN,

NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL,

BLANK CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE,

BLANK DECLARATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE,

ECF REGISTRATION INFORMATION HANDOUT .

CAMELLIA BARAY, SB# 179219
BONJOUR, THORMAN, BARAY &
BILLINGSLEY
24301 Southland Drive, No. 312
Hayward, CA 94545
(510) 785-8400
Attorney for JOSEPH HALBLEIB

UNITED STATES NORTHERN DISTRICT COURT

| JOSEPH HALBLEIB | CASE No.: CV 08 2657 EMC |
|---|---|
| Plaintiff | |
| vs. | DECLARATION OF MAILING |
| CHP OFFICER DALE COPPAGE,. et al. | |
| Defendants | |

I, **Anne Vode**, declare, I am employed in the County of **Alameda**, California. I am over the age of 18 years and not a party to the above action. My business address is: 3645 Grand Ave., Suite 207, Oakland, CA. 94610, Phone # (510) 268-9810.

On **June 17, 2008**, I mailed a copy of the following documents: SUMMONS, COMPLAINT, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE EDWARD M. CHEN, NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL, BLANK CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, BLANK DECLARATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE, ECF REGISTRATION INFORMATION HANDOUT.

in the above action, by placing a true and correct copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at: **Oakland, California**, and addressed as follows:   CHP OFFICER DALE COPPAGE
    CHP Office 3330 No. Ad Art Road
    Stockton, CA 95208
    PERSONAL & CONFIDENTIAL

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on: June 17, 2008, at Oakland, California.

**MERCURY INVESTIGATIONS**
Lic. No.: PI 012115
3645 Grand Avenue, Suite 207
Oakland, CA. 94610
(510) 268-9810

Anne Vode, PI , Lic. No. PI 12115