1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  TYLER B. PON
   Supervising Deputy Attorney General
3  DAVID W. HAMILTON, State Bar No. 88587
   Deputy Attorney General
4   1515 Clay Street, 20th Floor
    P.O. Box 70550
5   Oakland, CA 94612-0550
    Telephone: (510) 622-2193
6   Fax: (510) 622-2121
    Email: David.Hamilton@doj.ca.gov
7
   Attorneys for Defendants
8  Dale Coppage and Michael Brown

9

10              IN THE UNITED STATES DISTRICT COURT

11             FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                        OAKLAND DIVISION

13
   JOSEPH HALBLEIB,                    Case No. C 08-2657-CW
14
                    Plaintiff,         NOTICE OF CHANGE OF
15                                     ATTORNEY
         v.
16
   CALIFORNIA HIGHWAY PATROL
17 OFFICER DALE COPPAGE, FORMER
   CALIFORNIA HIGHWAY PATROL
18 COMMISSIONER MICHAEL BROWN,
   DOES 1-50, inclusive,
19
                    Defendants.
20

21 TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

22       Please take notice that defendants Dale Coppage and Michael Brown will be

23 represented in this matter by Deputy Attorney General David W. Hamilton of the California

24 Department of Justice, Office of Attorney General. All filings, orders, and other documents

25 should henceforth be sent to:

26 ///

27 ///

28

Notice of Change of Attorney                    Joseph Halbleib v. CHP Officer Dale Coppage, et al.
                                                                      Case No. C 08-2657-CW

1  David W. Hamilton, Deputy Attorney General
   California Department of Justice, Attorney General's Office
2  P.O. Box 70550
   1515 Clay Street, Suite 2000
3  Oakland, California 94612-0550

4  Mr. Hamilton's telephone number is (510) 622-2193, and his facsimile number is (510) 622-
5  2121.

6      Supervising Deputy Attorney General Paul T. Hammerness is no longer assigned to
7  this matter. Please remove him from your service lists.

8
   Dated: July 1, 2008
9                                      EDMUND G. BROWN JR.
                                       Attorney General of the State of California
10                                     TYLER B. PON
                                       Supervising Deputy Attorney General
11

12                                     _____
                                       DAVID W. HAMILTON
13                                     Deputy Attorney General

14                                     Attorneys for Defendants
                                       Dale Coppage and Michael Brown

Notice of Change of Attorney     Joseph Halbleib v. CHP Officer Dale Coppage, et al.
Case No. C 08-2657-CW

2