EDMUND G. BROWN JR.
Attorney General of the State of California
TYLER B. PON
Supervising Deputy Attorney General
DAVID W. HAMILTON, State Bar No. 88587
Deputy Attorney General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
Telephone: (510) 622-2193
Fax: (510) 622-2121
Email: David.Hamilton@doj.ca.gov

Attorneys for Defendants
Dale Coppage and Michael Brown

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOSEPH HALBLEIB,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA HIGHWAY PATROL OFFICER DALE COPPAGE, FORMER CALIFORNIA HIGHWAY PATROL COMMISSIONER MICHAEL BROWN, DOES 1-50, inclusive,<br><br>    Defendants. | Case No. C 08-2657-CW<br><br>STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT<br>[Civil L.R. 6-1] |

The parties to this action, plaintiff Joseph Halbleib and defendants Dale Coppage and Michael Brown, by and through their respective counsel, hereby stipulate pursuant to Northern District Local Rule 6-1 that defendants shall have until July 30, 2008 to

///
///
///
///

Stip. to Ext. Time for Defs to Respond to Complaint    Joseph Halbleib v. CHP Officer Dale Coppage, et al.
Case No. C 08-2657-CW

1

1 | answer or otherwise respond to the plaintiff's Complaint in this action.

2 | Dated: July 1, 2008

3 | BONJOUR, THORMAN, BARAY & BILLINGSLEY

5 | *[signature]*
CAMELLIA BARAY

6 | Attorneys for Plaintiff Joseph Halbleib

8 | Dated: July 7, 2008

9 | EDMUND G. BROWN JR.
Attorney General of the State of California
TYLER B. PON
10 | Supervising Deputy Attorney General

12 | *[signature]*
DAVID W. HAMILTON
13 | Deputy Attorney General

14 | Attorneys for Defendants
Dale Coppage and Michael Brown

Stip. to Ext. Time for Defs to Respond to Complaint   Joseph Halbleib v. CHP Officer Dale Coppage, et al.
Case No. C 08-2657-CW

2