|     |                                                                 |
| --- | --------------------------------------------------------------- |
| 1   |                         Joseph Halbleib v. Dale Coppage, et.al |
| 2   |                         No.: C 08-02657 CW                     |

### PROOF OF SERVICE

I, Veronica Franco, declare that:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 24301 Southland Drive, Ste. 312, Hayward, California 94545.

On July 15, 2008, I caused to be served the following document:

**Case Management Scheduling Order for Reassigned Civil Case**

    __X__    by transmitting via e-mail the above listed document(s) to the email address set forth below on this date before 5:00 p.m.

    David.Hamilton@doj.ca.gov

    __X__    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Hayward, California address(es) as set forth below.

**David W. Hamilton**
**Deputy Attorney General**
**P.O. Box 70550**
**1515 Clay Street, 20th Floor**
**Oakland, CA 94612-0550**

    _____    by hand delivery

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on July 15, 2008, in Hayward, California.

_/s/ Veronica Franco_
Veronica Franco