Camellia Baray, State Bar No. 179219
BONJOUR, THORMAN, BARAY & BILLINGSLEY
24301 Southland Dr., Ste 312
Hayward, Ca. 94545
Telephone:  (510) 785-8400
Facsimile:   (510) 670-0955
camellia@btbandb.com

Attorneys for Plaintiff Joseph Halbleib

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HALBLEIB,<br><br>                    Plaintiff,<br><br>v.<br><br>CHP OFFICER DALE COPPAGE;<br>FORMER CHP COMMISSIONER<br>MICHAEL BROWN; DOES 1-50, inclusive,<br><br>                    Defendants.<br>_____/ | No.  C 08-2657 CW<br><br>STIPULATION TO DISMISS AS TO<br>DEFENDANT BROWN<br><br>(Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii)) |

Plaintiff Joseph Halbleib and Defendants Dale Coppage and Michael Brown, by and through their respective counsel, hereby stipulate as follows:

1.    Counsel for Plaintiff dismisses without prejudice Defendant Michael Brown from this action in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

///

///

///

Stipulation to Dismiss as to Defendant Brown
No. C 08-02657 CW                                    1

2.     Each party shall bear its own costs.


Dated: July 20 , 2008                  Bonjour, Thorman, Baray & Billingsley


                                       _____
                                       Camellia Baray
                                       Attorney for Plaintiff Joseph Halbleib


Dated: July 30, 2008                   Edmund G. Brown Jr.
                                       Attorney General of the State of California
                                       Tyler B. Pon
                                       Supervising Deputy Attorney General


                                       _____
                                       David W. Hamilton
                                       Deputy Attorney General
                                       Attorneys for Defendants
                                       Dale Coppage and Michael Brown

Stipulation to Dismiss as to Defendant Brown
No. C 08-02657 CW                              2