1   EDMUND G. BROWN JR.
    Attorney General of the State of California
2   TYLER B. PON
    Supervising Deputy Attorney General
3   DAVID W. HAMILTON, State Bar No. 88587
    Deputy Attorney General
4   1515 Clay Street, 20th Floor
    P.O. Box 70550
5   Oakland, CA 94612-0550
    Telephone: (510) 622-2193
6   Fax: (510) 622-2121
    Email: David.Hamilton@doj.ca.gov
7
    Attorneys for Defendant
8   California Highway Patrol Officer Dale Coppage

9

10              IN THE UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                    OAKLAND DIVISION

13
    | **JOSEPH HALBLEIB,** | Case No. C 08-02657-CW |
14  | | |
    | Plaintiff, | **DEFENDANT'S** |
15  | | **CERTIFICATION OF** |
    | v. | **INTERESTED ENTITIES** |
16  | | **OR PERSONS** |
    | **CALIFORNIA HIGHWAY PATROL** | **[Civil L.R. 3-16]** |
17  | **OFFICER DALE COPPAGE, DOES 1-50,** | |
    | **inclusive,** | |
18  | | |
    | Defendants. | |
19

20

21          Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

22  named parties, there is no such interest to report.

23  //

24  //

25  //

26  //

27  //

28

    Def. Cert. of Int. Entities or Persons                    Joseph Halbleib v. CHP Officer Dale Coppage, et al.
                                                                               Case No.  C 08-02657-CW

                                            1

1       Dated:  September 3, 2008

2                      Respectfully submitted,

3                      EDMUND G. BROWN JR.
Attorney General of the State of California

4                      TYLER B. PON
Supervising Deputy Attorney General

5

6                      DAVID W. HAMILTON

7                      Deputy Attorney General

8                      Attorneys for Defendant
California Highway Patrol Officer Dale Coppage

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Def. Cert. of Int. Entities or Persons                    Joseph Halbleib v. CHP Officer Dale Coppage, et al.
Case No. C 08-02657-CW

2