1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  TYLER B. PON
   Supervising Deputy Attorney General
3  DAVID W. HAMILTON, State Bar No. 88587
   Deputy Attorney General
4  1515 Clay Street, 20th Floor
   P.O. Box 70550
5  Oakland, CA 94612-0550
   Telephone: (510) 622-2193
6  Fax: (510) 622-2121
   Email: David.Hamilton@doj.ca.gov
7
   Attorneys for Defendant
8  California Highway Patrol Officer Dale Coppage

9

10                 IN THE UNITED STATES DISTRICT COURT

11                FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                           OAKLAND DIVISION

13
   | JOSEPH HALBLEIB, | Case No. C 08-02657-CW |
14 |                  |                        |
   |         Plaintiff, | STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE; PROPOSED ORDER THEREON [Civil L.R. 6-2] |
15 | v. |  |
16 | CALIFORNIA HIGHWAY PATROL OFFICER DALE COPPAGE, FORMER CALIFORNIA HIGHWAY PATROL COMMISSIONER MICHAEL BROWN, DOES 1-50, inclusive, |  |
   |         Defendants. |  |

21     The parties to this action, plaintiffs Joseph Halbleib and defendant Dale Coppage
22 (defendant Michael Brown having been dismissed), by and through their respective counsel,
23 hereby stipulate pursuant to Civil Local Rule 6-2 that the Case Management Conference
24 presented set for September 16, 2008 be rescheduled for September 30, 2008 at 2:00 p.m.
25 //
26 //
27 //
28

Stip. to Resched. CMC; Prop. Order Thereon         Joseph Halbleib v. CHP Officer Dale Coppage, et al.
                                                                        Case No. C 08-02657-CW

1

2      DATED: September 3, 2008

3
                                            EDMUND G. BROWN JR.
4                                           Attorney General of the State of California
                                            TYLER B. PON
5                                           Supervising Deputy Attorney General
                                            DAVID W. HAMILTON
6                                           Deputy Attorney General

7
                                            /s/ David W. Hamilton
8
                                            DAVID W. HAMILTON
9                                           Deputy Attorney General

10                                          Attorneys for Defendant
                                            Dale Coppage
11

12     DATED: September 3, 2008

13                                          BONJOUR, THORMAN, BARAY &
                                            BILLINGSLEY
14

15
                                            /s/ Camellia Baray
16
                                            CAMELLIA BARAY, ESQ.
17
                                            Attorneys for Plaintiff Joseph Halbleib
18

19     **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

20

21     DATED: September ___, 2008

22                                          _____
                                            HON. CLAUDIA WILKEN
23                                          United States District Judge

24

25

26

27

28

Stip. to Resched. CMC; Prop. Order Thereon          Joseph Halbleib v. CHP Officer Dale Coppage, et al.
                                                                           Case No. C 08-02657-CW