Camellia Baray, State Bar No. 179219
BONJOUR, THORMAN, BARAY & BILLINGSLEY
24301 Southland Dr., Ste 312
Hayward, Ca. 94545
Telephone: (510) 785-8400
Facsimile: (510) 670-0955
camellia@btbandb.com

Attorneys for Plaintiff Joseph Halbleib

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HALBLEIB,<br><br>    Plaintiff,<br><br>v.<br><br>CHP OFFICER DALE COPPAGE; DOES 1-50, inclusive,<br><br>    Defendants. | No.  C 08-02657- CW<br><br>PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS<br><br>[Civil L.R. 3-16] |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: September 4, 2008       Bonjour, Thorman, Baray & Billingsley

_____
Camellia Baray
Attorney of record for Plaintiff

Plaintiff's Certification of Interested Entities or Persons
No. C 08-02657 CW                                            1