1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  TYLER B. PON
   Supervising Deputy Attorney General
3  DAVID W. HAMILTON, State Bar No. 88587
   Deputy Attorney General
4   1515 Clay Street, 20th Floor
    P.O. Box 70550
5   Oakland, CA  94612-0550
    Telephone:  (510) 622-2193
6   Fax:  (510) 622-2121
    Email:  David.Hamilton@doj.ca.gov
7
   Attorneys for Defendant
8  California Highway Patrol Officer Dale Coppage

9

10            IN THE UNITED STATES DISTRICT COURT

11         FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                     OAKLAND DIVISION

13

| | |
|---|---|
| **JOSEPH HALBLEIB,** | Case No. C 08-02657-CW |
| Plaintiff, | **STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE; ORDER THEREON** |
| v. | **[Civil L.R. 6-2]** |
| **CALIFORNIA HIGHWAY PATROL OFFICER DALE COPPAGE, FORMER CALIFORNIA HIGHWAY PATROL COMMISSIONER MICHAEL BROWN, DOES 1-50, inclusive,** | |
| Defendants. | |

21        The parties to this action, plaintiffs Joseph Halbleib and defendant Dale Coppage

22  (defendant Michael Brown having been dismissed), by and through their respective counsel,

23  hereby stipulate pursuant to Civil Local Rule 6-2 that the Case Management Conference

24  presented set for September 16, 2008 be rescheduled for September 30, 2008 at 2:00 p.m.

25  //

26  //

27  //

28

Stip. to Resched. CMC; Prop. Order Thereon          Joseph Halbleib v. CHP Officer Dale Coppage, et al.
                                                                Case No.  C 08-02657-CW

1

2

DATED:  September ___, 2008

3

4                                      EDMUND G. BROWN JR.
                                       Attorney General of the State of California
                                       TYLER B. PON
5                                      Supervising Deputy Attorney General
                                       DAVID W. HAMILTON
6                                      Deputy Attorney General

7

8                                      _____
                                       DAVID W. HAMILTON
9                                      Deputy Attorney General

10                                     Attorneys for Defendant
                                       Dale Coppage

11

12    DATED:  September ___, 2008

13                                     BONJOUR, THORMAN, BARAY &
                                       BILLINGSLEY

14

15

16                                     _____
                                       CAMELLIA BARAY, ESQ.
17
                                       Attorneys for Plaintiff Joseph Halbleib
18

19        **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

20

21    DATED:  September _5_, 2008

22                                     _____
                                       HON. CLAUDIA WILKEN
23                                     United States District Judge

24

25

26

27

28

Stip. to Resched. CMC; Prop. Order Thereon          Joseph Halbleib v. CHP Officer Dale Coppage, et al.
                                                                        Case No.  C 08-02657-CW

2