Camellia Baray, State Bar No. 179219
BONJOUR, THORMAN, BARAY & BILLINGSLEY
24301 Southland Dr., Ste 312
Hayward, Ca. 94545
Telephone: (510) 785-8400
Facsimile: (510) 670-0955
camellia@btbandb.com

Attorneys for Plaintiff Joseph Halbleib

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HALBLEIB, | No. C 08-2657 CW |
| Plaintiff, | ORDER AND STIPULATION TO EXTEND DEADLINE FOR MEDIATION 60 DAYS TO MARCH 12, 2009 |
| v. | |
| CHP OFFICER DALE COPPAGE; DOES 1-50, inclusive, | |
| Defendants. | |

Plaintiff Joseph Halbleib and Defendant Dale Coppage, by and through their respective counsel, hereby stipulate as follows:

1. The parties have been ordered to complete Court-connected mediation by January 12, 2009.

2. Depositions of most of the main witnesses in this case have already been taken. The deposition of Defendant Dale Coppage has yet to be taken, pending resolution of discovery

Stipulation to Extend Deadline for Mediation
No. C 08-02657 CW                    1

issues that have arisen regarding information and documents requested by Plaintiff through his Request for Production of Documents and Interrogatories.

3. The parties are in the process of attempting to resolve the outstanding discovery issues informally. However, if after conferring, the parties cannot come to an agreement regarding the production of documents, Plaintiff will file a motion to compel discovery.

4. The parties agree that a mediation should not occur until after Plaintiff has had the opportunity to depose Defendant. In order to provide additional time to resolve the discovery issues and depose Defendant, the parties stipulate that the deadline for mediation be extended 60 days to March 12, 2009.

5. This is the first time the parties have requested an extension of the deadline for mediation.

///

///

///

Stipulation to Extend Deadline for Mediation
No. C 08-02657 CW                                                   2

6. The next case management conference in this matter is scheduled on May 28, 2009, and trial is scheduled to begin on September 14, 2009. An extension of time to complete mediation will not interfere with the progression of this case as currently scheduled.

IT IS SO STIPULATED.

Dated: January 2, 2009            Bonjour, Thorman, Baray & Billingsley

                                                                                   _____/S/_____
                                                                                    Camellia Baray
                                                                                    Attorney for Plaintiff Joseph Halbleib

Dated: January 2, 2009            Edmund G. Brown Jr.
                                                                                    Attorney General of the State of California
                                                                                    Tyler B. Pon
                                                                                   Supervising Deputy Attorney General

                                                                                  _____/S/_____
                                                                                  David W. Hamilton
                                                                                   Deputy Attorney General
                                                                                   Attorneys for Defendant Dale Coppage

PURSUANT TO STIPULATION, IT IS SO ORDERED.

1/7/09

DATED:_____            _____
                                                                                   THE HON. CLAUDIA WILKEN
                                                                                   UNITED STATES DISTRICT COURT
                                                                                  JUDGE

Stipulation to Extend Deadline for Mediation
No. C 08-02657 CW                                  3