Camellia Baray, State Bar No. 179219
BONJOUR, THORMAN, BARAY & BILLINGSLEY
24301 Southland Dr., Ste 312
Hayward, Ca. 94545
Telephone: (510) 785-8400
Facsimile: (510) 670-0955
camellia@btbandb.com

Attorneys for Plaintiff Joseph Halbleib

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HALBLEIB,<br><br>    Plaintiff,<br><br>v.<br><br>CHP OFFICER DALE COPPAGE; DOES 1-50, inclusive,<br><br>    Defendants. | No.  C 08-2657 CW<br><br>[PROPOSED] ORDER AND STIPULATION TO EXTEND DEADLINE FOR COMPLETION OF FACT DISCOVERY AND MEDIATION |

   Plaintiff Joseph Halbleib and Defendant Dale Coppage, by and through their respective counsel, hereby stipulate as follows:

   1.   The parties have been ordered to complete Fact Discovery by March 13, 2009.

   2.   Plaintiff has requested extensive discovery from Defendant by way of interrogatories and requests for production of documents. Defendant originally made numerous objections to Plaintiff's requests. After several conferences, Plaintiff and Defendant have

Stipulation to Extend Deadline for Fact Discovery and Mediation
No. C 08-02657 CW                                             1

agreed that the majority of items requested by Plaintiff would be turned over pursuant to a protective order. Defendant is in the process of compiling and producing these items.

3. Plaintiff can not take Defendant's deposition until after he has had the opportunity to review the discovery which has yet to be produced by Defendant.

4. Counsel for Plaintiff will be on vacation and out of the country from February 26 through March 10, 2009.

5. In order to provide additional time to review forthcoming discovery, conduct additional investigation as needed, and depose Defendant, the Plaintiff requests, and the parties stipulate, that the deadline for completion of fact discovery be extended to April 15, 2009.

6. The parties agree that a mediation should not occur until after Plaintiff has had the opportunity to depose Defendant. For this reason, the parties stipulate that the mediation deadline be extended to April 30, 2009.

7. This is the first time the parties have requested an extension of deadline for completion of fact discovery and the second time the parties have requested an extension of the mediation deadline.

///

///

///

8.      The next case management conference in this matter is scheduled on May 28, 2009, and trial is scheduled to begin on September 14, 2009. An extension of time to complete fact discovery and mediation will not interfere with the progression of this case as currently scheduled.

IT IS SO STIPULATED.

Dated: February 23, 2009          Bonjour, Thorman, Baray & Billingsley

                                  _____
                                  Camellia Baray
                                  Attorney for Plaintiff Joseph Halbleib

Dated: February 20, 2009          Edmund G. Brown Jr.
                                  Attorney General of the State of California
                                  Tyler B. Pon
                                  Supervising Deputy Attorney General

                                  _____
                                  David W. Hamilton
                                  Deputy Attorney General
                                  Attorneys for Defendant Dale Coppage

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 2/25/09                    _____
                                  THE HON. CLAUDIA WILKEN
                                  UNITED STATES DISTRICT COURT
                                  JUDGE

Stipulation to Extend Deadline for Fact Discovery and Mediation
No. C 08-02657 CW                                3