1  Camellia Baray, State Bar No. 179219
   BONJOUR, THORMAN, BARAY & BILLINGSLEY
2  24301 Southland Dr., Ste 312
   Hayward, Ca. 94545
3  Telephone: (510) 785-8400
   Facsimile: (510) 670-0955
4  camellia@btbandb.com

5  Attorneys for Plaintiff Joseph Halbleib

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | JOSEPH HALBLEIB,                     | No.  C 08-2657 CW
12 |         Plaintiff,                   | [PROPOSED] ORDER AND
13 | v.                                   | STIPULATION TO EXTEND DEADLINE
   |                                      | FOR COMPLETION OF FACT
14 |                                      | DISCOVERY AND MEDIATION
15 | CHP OFFICER DALE COPPAGE; DOES
   | 1-50, inclusive,
16 |
17 |         Defendants.
   |                                  /

18

19      Plaintiff Joseph Halbleib and Defendant Dale Coppage, by and through their respective

20 counsel, hereby stipulate as follows:

21      1.   The parties have been ordered to complete Fact Discovery by March 13, 2009.

22      2.   Plaintiff has requested extensive discovery from Defendant by way of
23
   interrogatories and requests for production of documents. Defendant originally made numerous
24
   objections to Plaintiff's requests. After several conferences, Plaintiff and Defendant have
25

26

27
   Stipulation to Extend Deadline for Fact Discovery and Mediation
28 No. C 08-02657 CW                                 1

agreed that the majority of items requested by Plaintiff would be turned over pursuant to a protective order. Defendant is in the process of compiling and producing these items.

3. Plaintiff can not take Defendant's deposition until after he has had the opportunity to review the discovery which has yet to be produced by Defendant.

4. Counsel for Plaintiff will be on vacation and out of the country from February 26 through March 10, 2009.

5. In order to provide additional time to review forthcoming discovery, conduct additional investigation as needed, and depose Defendant, the Plaintiff requests, and the parties stipulate, that the deadline for completion of fact discovery be extended to April 15, 2009.

6. The parties agree that a mediation should not occur until after Plaintiff has had the opportunity to depose Defendant. For this reason, the parties stipulate that the mediation deadline be extended to April 30, 2009.

7. This is the first time the parties have requested an extension of deadline for completion of fact discovery and the second time the parties have requested an extension of the mediation deadline.

///

///

///

Stipulation to Extend Deadline for Fact Discovery and Mediation
No. C 08-02657 CW
2

8. The next case management conference in this matter is scheduled on May 28, 2009, and trial is scheduled to begin on September 14, 2009. An extension of time to complete fact discovery and mediation will not interfere with the progression of this case as currently scheduled.

IT IS SO STIPULATED.

Dated: February 23, 2009     Bonjour, Thorman, Baray & Billingsley

                                         Camellia Baray
                                         Attorney for Plaintiff Joseph Halbleib

Dated: February 20, 2009     Edmund G. Brown Jr.
                                         Attorney General of the State of California
                                         Tyler B. Pon
                                         Supervising Deputy Attorney General

                                         David W. Hamilton
                                         Deputy Attorney General
                                         Attorneys for Defendant Dale Coppage

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 4/24/09

                                         THE HON. CLAUDIA WILKEN
                                         UNITED STATES DISTRICT COURT JUDGE