1  Camellia Baray, State Bar No. 179219
   BONJOUR, THORMAN, BARAY & BILLINGSLEY
2  24301 Southland Dr., Ste 312
   Hayward, Ca. 94545
3  Telephone: (510) 785-8400
   Facsimile:  (510) 670-0955
4  camellia@btbandb.com

5  Attorneys for Plaintiff Joseph Halbleib

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HALBLEIB,<br><br>            Plaintiff,<br><br>v.<br><br>CHP OFFICER DALE COPPAGE; DOES 1-50, inclusive,<br><br>            Defendants. | No. C 08-2657 CW<br><br>[PROPOSED] ORDER AND STIPULATION TO EXTEND DEADLINE FOR DISCLOSURE OF IDENTITIES OF EXPERT WITNESSES AND COMPLETION OF EXPERT DISCOVERY |

Plaintiff Joseph Halbleib and Defendant Dale Coppage, by and through their respective counsel, hereby stipulate as follows:

1. The parties have been ordered to complete disclosure of identities and reports of expert witnesses by May 1, 2009.

2. The expert discovery cut-off date is set for June 19, 2009.

3. The plaintiff has not completed the deposition of the defendant, but expects to do so by next week.

Stipulation to Extend Deadlines for Expert Discovery
No. C 08-02657 CW                                     1

4. In order to allow for completion of defendant's deposition and provide transcripts to experts, the parties stipulate that the deadline for identification and reports of expert witnesses be extended to June 15, 2009, and the deadline for completion of expert discovery be extended to July 31, 2009.

5. This is the first time the parties have requested an extension of the deadlines with respect to expert discovery.

6. The next case management conference in this matter is scheduled on May 28, 2009, and trial is scheduled to begin on September 14, 2009. An extension of time to complete expert discovery should not interfere with the progression of this case as currently scheduled.

IT IS SO STIPULATED.

Dated: April 20, 2009

Bonjour, Thorman, Baray & Billingsley

_/s/ Camellia Baray_
Camellia Baray
Attorney for Plaintiff Joseph Halbleib

Dated: April 15, 2009

Edmund G. Brown Jr.
Attorney General of the State of California
Tyler B. Pon
Supervising Deputy Attorney General

_/s/ David W. Hamilton_
David W. Hamilton
Deputy Attorney General
Attorneys for Defendant Dale Coppage

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3 | DATED: _4/24/09_____

4 | _____
THE HON. CLAUDIA WILKEN
UNITED STATES DISTRICT COURT
JUDGE

Stipulation to Extend Deadlines for Expert Discovery
No. C 08-02657 CW                                    3