Camellia Baray, State Bar No. 179219
BONJOUR, THORMAN, BARAY & BILLINGSLEY
24301 Southland Dr., Ste 312
Hayward, Ca. 94545
Telephone: (510) 785-8400
Facsimile: (510) 670-0955
camellia@btbandb.com

Attorneys for Plaintiff Joseph Halbleib

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HALBLEIB, | No. C 08-2657 CW (EMC) |
| Plaintiff, | [PROPOSED] ORDER AND STIPULATION CONTINUING HEARING |
| v. | |
| CHP OFFICER DALE COPPAGE; DOES 1-50, inclusive, | |
| Defendants. | |

Plaintiff Joseph Halbleib and Defendant Dale Coppage, by and through their respective counsel, hereby stipulate as follows:

1. The parties are currently scheduled for hearing on plaintiff's discovery motion on June 10, 2009.

2. Counsel for plaintiff will be on vacation and out of the country from June 9, 2009 through June 25, 2009 and therefore unable to appear on the date set for hearing.

3. Due to plaintiff counsel's unavailability, the parties stipulate that the hearing currently scheduled for June 10, 2009 be vacated and rescheduled for July 1, 2009 at 3:00 p.m.

Stipulation to Continue Hearing
No. C 08-02657 CW         1

IT IS SO STIPULATED.

Dated: June 1, 2009　　　　Bonjour, Thorman, Baray & Billingsley

_____
Camellia Baray
Attorney for Plaintiff Joseph Halbleib

Dated: June 4, 2009　　　　Edmund G. Brown Jr.
Attorney General of the State of California
Tyler B. Pon
Supervising Deputy Attorney General

_____
David W. Hamilton
Deputy Attorney General
Attorneys for Defendant Dale Coppage

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 5, 2009
_____
THE HON. EDWARD CHEN
UNITED STATES

IT IS SO ORDERED
Judge Edward M. Chen

Stipulation to Continue Hearing
No. C 08-02657 CW

2