1   Camellia Baray, State Bar No. 179219
    BONJOUR, THORMAN, BARAY & BILLINGSLEY
2   24301 Southland Dr., Ste 312
    Hayward, Ca. 94545
3   Telephone:  (510) 785-8400
    Facsimile:  (510) 670-0955
4   camellia@btbandb.com

5   Attorneys for Plaintiff Joseph Halbleib

6

7                     IN THE UNITED STATES DISTRICT COURT

8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

11  JOSEPH HALBLEIB,                        No.   C 08-2657 CW

12                   Plaintiff,             [PROPOSED] ORDER AND
                                            STIPULATION TO EXTEND DEADLINE
13  v.                                      FOR DISCLOSURE OF IDENTITIES OF
                                            EXPERT WITNESSES AND
14                                          COMPLETION OF EXPERT DISCOVERY
15  CHP OFFICER DALE COPPAGE; DOES
    1-50, inclusive,
16
                     Defendants.
17  _____/

18

19         Plaintiff Joseph Halbleib and Defendant Dale Coppage, by and through their respective

20  counsel, hereby stipulate as follows:

21         1.      The parties have been ordered to complete disclosure of identities and reports of

22  expert witnesses by June 15, 2009.

23         2.      The expert discovery cut-off date is set for July 31, 2009.

24

25         3.      The parties are engaged in ongoing negotiations in an attempt to settle this case

26  before trial.  In order to afford sufficient time to discuss settlement prior to incurring additional

27  expense for expert witnesses, the parties stipulate that the deadline for identification and reports

28

Stipulation to Extend Deadlines for Expert Discovery
No. C 08-02657 CW                          1

1  of expert witnesses be extended to July 8, 2009, and the deadline for completion of expert

2  discovery be extended to August 14, 2009.

3
          4.      This is the second time the parties have requested an extension of the deadlines
4
   with respect to expert discovery.
5
          5.      Trial is scheduled to begin on September 14, 2009.  An extension of time to
6
7  complete expert discovery should not interfere with the progression of this case as currently

8  scheduled.

9

10
          IT IS SO STIPULATED.
11

12

13     Dated: June 15, 2009          Bonjour, Thorman, Baray & Billingsley

14

15                                    Camellia Baray (APS)

16                                    Camellia Baray
                                      Attorney for Plaintiff Joseph Halbleib
17

18     Dated: June____, 2009          Edmund G. Brown Jr.
                                      Attorney General of the State of California
19                                    Tyler B. Pon
                                      Supervising Deputy Attorney General
20

21

22                                    David W. Hamilton
                                      Deputy Attorney General
23                                    Attorneys for Defendant Dale Coppage

24

25

26

27

28

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3   DATED: _____6/18/09_____

4   _____
    THE HON. CLAUDIA WILKEN

5   UNITED STATES DISTRICT COURT
    JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28