EDMUND G. BROWN JR.
Attorney General of California
TYLER B. PON
Supervising Deputy Attorney General
DAVID W. HAMILTON
Deputy Attorney General
State Bar No. 88587
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 622-2193
 Fax:  (510) 622-2121
 E-mail:  David.Hamilton@doj.ca.gov

*Attorneys for Defendant Dale Coppage*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **JOSEPH HALBLEIB,**<br><br>                                           Plaintiff,<br><br>     v.<br><br>**CALIFORNIA HIGHWAY PATROL OFFICER DALE COPPAGE,  DOES 1-50, inclusive,**<br><br>                                           Defendants. | Case No. C 08-2657-CW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR EXCHANGE OF PRETRIAL PAPERS AND MOTIONS IN LIMINE**<br><br>Judge:         Hon. Claudia Wilkin<br>Trial Date:    September 14, 2009<br>Action Filed: May 27, 2008 |

Plaintiff Joseph Halbleib and defendant Dale Coppage, by and through their respective counsel, hereby stipulate as follows:

1. The parties have been ordered to make their exchange of pretrial papers described in Civil L.R. 16-10(b)(7), (8), (9), and (10), and their motions in limine, not less than 30 days prior to the final pretrial conference, which is scheduled for September 1, 2009.

2. The parties are presently engaged in expert discovery, and they have also been engaged in ongoing discussions in an attempt to settle this case before trial.

3. In order to afford sufficient time to complete discovery and continue to engage in settlement discussions, as well as prepare to exchange the pretrial papers and motions referred to in paragraph 1 above, the parties stipulate that the deadline to exchange these papers and motions be extended to August 7, 2009.

4. This is the first time the parties have requested an extension of any deadlines with respect to pretrial papers or motions.

5. The final pretrial conference is scheduled for September 1, 2009, and trial is scheduled to begin on September 14, 2009. An extension of time as requested by this stipulation and order should not interfere with any other deadlines set by the Court, or with the progression of this case as currently scheduled.

IT IS SO STIPULATED.

Dated: July ___, 2009

EDMUND G. BROWN JR.
Attorney General of California
TYLER B. PON
Supervising Deputy Attorney General

/s/David W. Hamilton
_____
DAVID W. HAMILTON
Deputy Attorney General

*Attorneys for Defendant Dale Coppage*

Dated: July ___, 2009

BONJOUR, THORMAN, BARAY & BILLINGSLEY

/s/Camellia Baray
_____
CAMELLIA BARAY, ESQ.

*Attorneys for Plaintiff Joseph Halbleib*

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED; howver, all papers to be filed with the Court must be filed on time.

Dated: 8/17/09

HON. CLAUDIA WILKEN
United States District Judge

SF2008200087
90121802.doc

3

[Proposed] Stip. & Order to Extend Deadline for Exch. of Pretrial Papers & Mot. in Lim.  (C 08-2657-CW)